# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrek Abendroth,<br><br>      Plaintiff,<br><br>v.<br><br>Republic Services Incorporated, et al.,<br><br>      Defendants. | No. CV-23-00769-PHX-SMB<br><br>**AMENDED ORDER** |

      Before the Court is the Parties' Joint Motion to Late-File the Motion for Approval of Collective Action Settlement and Request to Seal (Doc. 30). For good cause shown,

      **IT IS HEREBY ORDERED** the Motion is GRANTED. The Clerk is directed to file in the Unopposed Motion and Memorandum to Approve Collective Action Settlement (Doc. 31).

      **IT IS FURTHER ORDERED** the Joint Motion to File Settlement Agreement Under Seal is GRANTED (Doc. 32).

      **IT IS FURTHER ORDERED** directing the Clerk to file in the Joint Motion File Settlement Agreement (Doc. 33) under seal.

      Dated this 2nd day of July, 2024.

Honorable Susan M. Brnovich
United States District Judge